# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF NEW YORK

George EvangELISTA

plaintiff

Write the full name of each plaintiff.

26 CV 1948

No. _____

(To be filled out by Clerk's Office)

-against-

W. County Police
Yonkers Police Dept.
NYPD

Write the full name of each defendant. If you cannot fit the names of all of the defendants in the space provided, please write "see attached" in the space above and attach an additional sheet of paper with the full list of names. The names listed above must be identical to those contained in Section IV.

## COMPLAINT
(Prisoner)

Do you want a jury trial?
☑ Yes    ☐ No



RECEIVED
MAR - 9 2026
PRO SE OFFICE

---

### NOTICE

The public can access electronic court files. For privacy and security reasons, papers filed with the court should therefore *not* contain: an individual's full social security number or full birth date; the full name of a person known to be a minor; or a complete financial account number. A filing may include *only*: the last four digits of a social security number; the year of an individual's birth; a minor's initials; and the last four digits of a financial account number. See Federal Rule of Civil Procedure 5.2.

Rev. 5/6/16

## I.    LEGAL BASIS FOR CLAIM

State below the federal legal basis for your claim, if known. This form is designed primarily for prisoners challenging the constitutionality of their conditions of confinement; those claims are often brought under 42 U.S.C. § 1983 (against state, county, or municipal defendants) or in a "*Bivens*" action (against federal defendants).

☐ Violation of my federal constitutional rights

☑ Other:    DEFAMATION, 3 PIT Maneuvers,    Left to DIE IN LAKE 1HR

## II.    PLAINTIFF INFORMATION

Each plaintiff must provide the following information. Attach additional pages if necessary.

George                          Evangelista
_____
First Name          Middle Initial          Last Name


State any other names (or different forms of your name) you have ever used, including any name you have used in previously filing a lawsuit.

#0000 2915T3 VALHALLA Corrections
_____
Prisoner ID # (if you have previously been in another agency's custody, please specify each agency and the ID number (such as your DIN or NYSID) under which you were held)

SAME VALHalla
_____
Current Place of Detention

10 Wards Rd. Valhalla NY 10595
_____
Institutional Address

Valhalla                    NY              10595
_____
County, City                State              Zip Code

## III.    PRISONER STATUS

Indicate below whether you are a prisoner or other confined person:

☐  Pretrial detainee

☐  Civilly committed detainee

☐  Immigration detainee

☐  Convicted and sentenced prisoner

☑  Other:  ROR  Feb 20th  To Federal hold

Feds have Not violated my probation Because I have No case on cAlendar But was Re Arrested 12/29/25 After I was released And Sentenced 12/10/25

Page 2



## IV.    DEFENDANT INFORMATION

To the best of your ability, provide the following information for each defendant. If the correct information is not provided, it could delay or prevent service of the complaint on the defendant. Make sure that the defendants listed below are identical to those listed in the caption. Attach additional pages as necessary.

Defendant 1: ~~Binghamton~~ YPD

First Name            Last Name              Shield #

Current Job Title (or other identifying information)

Current Work Address

County, City                State              Zip Code

Defendant 2: NYPD

First Name            Last Name              Shield #

Current Job Title (or other identifying information)

Current Work Address

County, City                State              Zip Code

Defendant 3: Westchester PD

First Name            Last Name              Shield #

Current Job Title (or other identifying information)

Current Work Address

County, City                State              Zip Code

Defendant 4:

First Name            Last Name              Shield #

Current Job Title (or other identifying information)

Current Work Address

County, City                State              Zip Code

## V.    STATEMENT OF CLAIM

Place(s) of occurrence: Bronx River Pkwy/Sprain Brook

Date(s) of occurrence: Dec. 10, 2025

**FACTS:**

State here briefly the FACTS that support your case. Describe what happened, how you were harmed, and how each defendant was personally involved in the alleged wrongful actions. Attach additional pages as necessary.

On Dec. 10, 2025 I was hit in the back of my vehicle in the bronx on 241st white plains Rd. I feared for my life for "MY" car is legit and "MY" license is good so I fleed not knowing it was NYPD - why would they hit me? NYPD called YPD and said car was stolen - I have the Title, then they said MY tags were stolen - I Am certified Nissan Dealer And I recieved Tag from Dealership Central Ave Nissan 1919 Central Ave. to move vehicles because we had Limited Dealer tags. Once on Bronx River Pkwy to Sprain NYPD left me Alone And YPD Jumped on me, I pulled over thinking everything would be sorted out. NO they drew weapons ordered me out, I told them we can resume at a well lit place Like the exit "Jackson Ave" not the side of the highway And fleed - they performed 3 PIT maneuvers And both MY front tires were blown out by suspicious objects eventually my car came to a halt And I ran for my life Jumped into the Lake - I have ADHD/PTSD no medication exept marijuana they left me in the Lake over 1hr to Die, said they were waiting for NYPD SCUBA DIVE TEAM. I am posted all over the media as a thief of my own vehicle because thats what they told the media, No one wants to hire me or deal with me now - I am completely innocent. I was working Instacart & volunteer Baseball coach for High School - My sons.

Page 4

**INJURIES:**

If you were injured as a result of these actions, describe your injuries and what medical treatment, if any, you required and received.

I suffered hypothermia, still cant feel my hand and mental issues — They tried to kill me

## VI.    RELIEF

State briefly what money damages or other relief you want the court to order.

I need a brand new car, they totaled my car And I need at least 200k $ I am a car Dealer who makes 15k A month off Commissions plus $4,800 from 20$ an hour and overtime because I cant leave work till I ensure your vehicle by law — Geico/progressive/state farm are my associates, I Also Refinance Vehcles I have no vehicle Now, should be released march 6th 2026

## VII.    PLAINTIFF'S CERTIFICATION AND WARNINGS

By signing below, I certify to the best of my knowledge, information, and belief that: (1) the complaint is not being presented for an improper purpose (such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation); (2) the claims are supported by existing law or by a nonfrivolous argument to change existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Federal Rule of Civil Procedure 11.

I understand that if I file three or more cases while I am a prisoner that are dismissed as frivolous, malicious, or for failure to state a claim, I may be denied *in forma pauperis* status in future cases.

I also understand that prisoners must exhaust administrative procedures before filing an action in federal court about prison conditions, 42 U.S.C. § 1997e(a), and that my case may be dismissed if I have not exhausted administrative remedies as required.

I agree to provide the Clerk's Office with any changes to my address. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Each Plaintiff must sign and date the complaint. Attach additional pages if necessary. If seeking to proceed without prepayment of fees, each plaintiff must also submit an IFP application.

| | |
|---|---|
| 3-3-26 | *(signature)* |
| **Dated** | **Plaintiff's Signature** |
| George | Evangelista |
| **First Name**          **Middle Initial** | **Last Name** |
| 10 Woods Rd | |
| **Prison Address** | |
| Valhalla | NY          10595 |
| **County, City** | **State**          **Zip Code** |

Date on which I am delivering this complaint to prison authorities for mailing:    3-3-26



GEORGE EVANGELISTA
291583
10 Woods Rd
Valhalla NY 10595

RECEIVED
SDNY PRO SE O
2026 MAR -9 PM 1

500 PEARL St.
Pro Se Intake Unit
NY NY 10007

RECEIVED
MAR - 9 2026
PRO SE OFFICE

SDNY

FOREVER / USA

7000 WEST